Joseph Krimsky, Respondent, v. Gabriel Pascal, Appellant.— Order, so far as appealed from, reversed, with twenty dollars costs and disbursements, and the motion to strike out item 5 of plaintiff's demand granted. No opinion.

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to affirm.— Bill of particulars to be served within ten days after service of order with notice of entry thereof.